1

2

3                                                   **E-Filed 11/16/09**

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11

12   YONG TAN HUANG,                    | Case Number CV 09-5099 JF

13                   Plaintiff,           | ORDER[1] DENYING REQUEST FOR
                                          | APPOINTMENT OF COUNSEL
14        v.                             | WITHOUT PREJUDICE

15   TIM BELL and GAYLE BELL,

16                   Defendants.          | [Re: Docket No. 2]

17

18

19        Plaintiff Yong Tan Huang ("Plaintiff") filed the complaint in the above-entitled action on

20   October 26, 2009.  On the same date, Plaintiff filed a request for appointment of counsel.

21        In exceptional circumstances, the Court has discretion to appoint counsel to provide *pro*

22   *bono* representation to a plaintiff proceeding *in forma pauperis.  See Terrell v. Brewer*, 935 F.2d

23   1015, 1017 (9th Cir. 1991).  A finding of exceptional circumstances requires an evaluation of (1)

24   the likelihood that the plaintiff's claims will succeed on the merits and (2) the ability of the

25   plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  *See*

26   *id.*

27   _____

28        [1]     This disposition is not designated for publication and may not be cited.

1         The required exceptional circumstances do not exist in this case.  The purpose of

2    Plaintiff's complaint appears to be an appeal of a state court's ruling.  This Court lacks

3    jurisdiction to hear such claims.  Accordingly, the request for appointment of counsel is

4    DENIED.

5         IT IS SO ORDERED.

6

7    DATED: _____11/16/09_____

8

9    _____

10   JEREMY FOGEL
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

Copies of Order mailed on 11/16/09 to:

3

Yong Tan Huang
345 N. 5th Street
San Jose, CA 95112

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. CV 09-5099 JF
ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL
(JFLC3)