1

2

3

4

5

6

7
**E-Filed 12/7/2009**

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                   **SAN JOSE DIVISION**

11

12   YONG TAN HUANG,                          Case Number C 09-5099 JF (PVT)

13                   Plaintiff,               ORDER[1] DENYING APPLICATION
                                              TO PROCEED *IN FORMA PAUPERIS*;
14              v.                            DISMISSING COMPLAINT WITH
                                              LEAVE TO AMEND; AND SETTING
15   TIM BELL and GALE BELL,                  DEADLINE FOR PAYMENT OF
                                              FILING FEE
16                   Defendants.
                                              [re:  document no. 2]
17

18

19

20        On October 26, 2009, Plaintiff filed the instant complaint, alleging misconduct by a

21   number of non-party judges of the Superior and Appellate Courts of California, but failing to

22   allege any misconduct by the two named defendants, Tim and Gale Bell.

23        Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil

24   action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing

25   fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1).  The court may deny *in forma*

26   *pauperis* status, however, if it appears from the face of the proposed complaint that the action is

27   _____

28        [1]     This disposition is not designated for publication and may not be cited.

1  frivolous or without merit.  *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v.*

2  *First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

3       As presently drafted, the complaint appears to be without merit in that it fails to set forth

4  a cognizable claim against either of the two named defendants.  Accordingly, Plaintiff's request

5  to proceed *in forma pauperis* will be DENIED, and the complaint will be DISMISSED WITH

6  LEAVE TO AMEND.  If Plaintiff does not file an amended complaint AND pay the filing fee

7  within thirty (30) days of receiving this order, the Court will dismiss the action without

8  prejudice.[2]

9       IT IS SO ORDERED.

10

11

12

13

14  DATED:  December 7, 2009

15

16                                    _____

17                                    JEREMY FOGEL
                                      United States District Judge

18

19

20

21

22

23

24

25

26

27  _____

28       [2] The Court declines to adopt the report and recommendation of Magistrate Judge
    Trumbull that the action be dismissed without leave to amend at this time.

2

Case No. C 09-5099 JF (PVT)
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ETC.
(JFLC2)

1   Copies of this Order were served upon the following persons:

2

3   Yong Tan Huang
    345 N. 5th Street
4   San Jose, CA 95112

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3