**E-filed 2/2/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YONG TAN HUANG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIM BELL, et al.,<br><br>　　　　　　　Defendants. | Case Number C 09-5099 JF (PVT)<br><br>ORDER[1] DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

　　　　On December 7, 2010, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* and granting Plaintiff thirty days to pay the filing fee.  The order stated that if Plaintiff failed to pay the filing fee within thirty days, the Court would dismiss the action without prejudice.

　　　　Plaintiff has not paid the filing fee in this case, and his deadline to do so has expired.  Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

---

　　　　[1] This disposition is not designated for publication in the official reports.

1   All pending motions are terminated as moot and all scheduled hearing dates are vacated.
2   IT IS SO ORDERED.

DATED: February 2, 2010



JEREMY FOGEL
United States District Judge

Case No. C 09-5099 JF (PVT)
ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE
(JFLC2)

1  This Order has been served upon the following persons:

3  Plaintiff:

4  Yong Tan Huang
   345 N. 5th Street
5  San Jose, CA 95112

6  Defendants:

7  Hugh Francis Lennon
   Robinson & Wood, Inc.
8  hfl@robinsonwood.com