**E-Filed 4/12/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YONG TAN HUANG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIM BELL, et al.,<br><br>　　　　　　　Defendants. | Case Number C 09-5099 JF (PVT)<br><br>ORDER[1] RE DOCUMENTS FILED ON APRIL 6, 2010 |

　　　On February 2, 2010, the Court dismissed this action without prejudice for failure to pay the filing fee. On March 24, 2010, the Court denied Plaintiff's motion for relief from the order of dismissal. The Court stated its reasons for denying relief and pointed out that Plaintiff could file a new action as dismissal of the instant action was without prejudice.

　　　On April 6, 2010, Plaintiff filed a document titled "COMPLAINT (Amended), DEMAND FOR JURY TRIAL," and a document titled "DECLARATION OF YONG TAN HUANG." These documents are without legal effect as this action has been CLOSED. As noted

---

　　　[1]　　This disposition is not designated for publication in the official reports.

in the Court's prior orders, Plaintiff may file a new action against these Defendants if he wishes to do so.

DATED: 4/12/2010

JEREMY FOGEL
United States District Judge

2

Case No. C 09-5099 JF (PVT)
ORDER RE DOCUMENTS FILED APRIL 6, 2010
(JFLC2)

1  Copies of Order served on:

3  Yong Tan Huang
   345 N. 5th Street
4  San Jose, CA 95112

5  Hugh Francis Lennon hfl@robinsonwood.com, rmm@robinsonwood.com

3

Case No. C 09-5099 JF (PVT)
ORDER RE DOCUMENTS FILED APRIL 6, 2010
(JFLC2)