**E-Filed 7/15/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YONG TAN HUANG,<br><br>        Plaintiff,<br><br>    v.<br><br>TIM BELL, et al.,<br><br>        Defendants. | Case Number C 09-5099 JF (PVT)<br><br>ORDER[1] DENYING MOTIONS FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS AND FOR APPOINTMENT OF APPELLATE COUNSEL |

Plaintiff filed this action on October 26, 2009. He requested leave to proceed *in forma pauperis* and requested appointment of counsel. The Court denied both requests. With respect to the *in forma pauperis* application, the Court concluded that "[a]s presently drafted, the complaint appears to be without merit in that it fails to set forth a cognizable claim against either of the two named defendants." Doc. No. 10, Order of 12/7/2009, at p. 2. With respect to the application for appointment of counsel, the Court noted that "[t]he purpose of Plaintiff's complaint appears to be an appeal of a state court's ruling. This Court lacks jurisdiction to hear

---

[1] This disposition is not designated for publication in the official reports.

such claims." Doc. No. 7, Order of 11/16/2009, at p. 2.

On February 2, 2010, the Court dismissed the action without prejudice for failure to pay the filing fee. The Court denied Plaintiff's subsequent motion for relief. On June 7, 2010, Plaintiff filed a notice of appeal. On June 23, 2010, Plaintiff filed a motion for leave to proceed on appeal *in forma pauperis* and a motion for appointment of appellate counsel. On July 1, 2010 and July 7, 2010, Plaintiff filed additional motions for leave to proceed on appeal *in forma pauperis*.

Plaintiff's motions are DENIED. Plaintiff failed to pay the filing fee within the time provided and his action was dismissed without prejudice on that basis. Plaintiff has failed to present any facts indicating that the dismissal was in error or that he could state a cognizable claim even if the action were reinstated.

Plaintiff is advised that he may file applications for *in forma pauperis* status and for appointment of counsel in the Court of Appeals.

DATED: July 15, 2010

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2

3  Yong Tan Huang
   345 N. 5th Street
4  San Jose, CA 95112

5  Hugh Francis Lennon hfl@robinsonwood.com, rmm@robinsonwood.com

Case No. C 09-5099 JF (PVT)
ORDER DENYING MOTIONS FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS
(JFLC2)